■ In the Matter of DAVID BURR, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [710 NYS2d 239] —Proceeding

unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Hayes, Scudder and Kehoe, JJ.